1144

No. 94–1768. Capitol Indemnity Corp. v. United States. C. A. 7th Cir. Certiorari denied.

No. 94–1769. Murphy v. United States. C. A. 1st Cir. Certiorari denied.

No. 94–1774. Leslie v. Long Beach Prosecutor et al. C. A. 9th Cir. Certiorari denied.

No. 94–1775. Caver v. Gerace, Administrator, Louisiana Department of Employment Securities, et al. Ct. App. La., 2d Cir. Certiorari denied.

No. 94–1777. Ball et al. v. Gasho et ux. C. A. 9th Cir. Certiorari denied.

No. 94–1781. Attorney R v. Mississippi Bar. Sup. Ct. Miss. Certiorari denied.

No. 94–1782. Wiston XXIV Limited Partnership v. Balcor Pension Investors V. C. A. 10th Cir. Certiorari denied.

No. 94–1783. Scariano v. Justices of the Supreme Court of Indiana et al. C. A. 7th Cir. Certiorari denied.

No. 94–1784. Amato v. Louisiana Commissioner of Securities et al. Ct. App. La., 4th Cir. Certiorari denied.

No. 94–1792. Unified School District No. 244 et al. v. Kansas et al. Sup. Ct. Kan. Certiorari denied.

No. 94–1794. Davis, Individually and as Next Friend of Davis, a Minor, et al. v. Ficano, Sheriff, Wayne County, et al. Ct. App. Mich. Certiorari denied.

No. 94–1795. Yardarm Restaurant, Inc. v. City of Pompano Beach. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 94–1798. Home of Faith, dba Ambassador Manor South, et al. v. Commissioner of Internal Revenue. C. A. 10th Cir. Certiorari denied.